**Order filed April 24, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00625-CR
_____

**NICOLAS BUSTOS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 337th District Court
Harris County, Texas
Trial Court Cause No. 1329619**

## ORDER

The clerk's record was filed August 21, 2012. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain a certified bill of costs.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before May 22, 2014, containing a certified bill of costs.

PER CURIAM